No. 94–9509. KELLOGG ET AL. *v.* SHOEMAKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9510. MADISON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 94–9511. WEBB *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9512. ROSS *v.* DONTZIN, JUDGE, SUPREME COURT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 94–9513. RALLI-ROJAS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 94–9514. TINSLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9515. WOOLDRIDGE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9516. PIERCE *v.* KEARNEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–9517. MERRICKS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9518. LUCIEN *v.* IRVIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–9519. SPREMO *v.* GRACI ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–9520. ROBERTS *v.* ANDOLINA ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–9521. FLORES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9522. HAVERSTOCK ET AL. *v.* GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9523. CRUZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.